Curtis L. MOORNING, Appellant,

v.

STATE of Missouri, Respondent.

WD 79629

Missouri Court of Appeals,
Western District.

ORDER FILED: March 28, 2017

S. Kate Webber, Kansas City, MO, Counsel for Appellant

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent

Before Division Four: Mark D. Pfeiffer, Chief Judge Presiding, Thomas H. Newton, and Anthony Rex Gabbert, Judges

**ORDER**

Per Curiam:

Mr. Curtis L. Moorning appeals from the Lafayette County circuit court judgment denying a Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

David L. HEALEY, Appellant.

WD 79607

Missouri Court of Appeals,
Western District.

Order filed: March 28, 2017

Nathan J. Aquino, for Respondent

Ellen H. Flottman, for Appellant

Before Division One: James E. Welsh, Presiding Judge, Anthony Rex Gabbert, Judge, and Edward R. Ardini, Jr., Judge

**ORDER**

PER CURIAM:

Following a jury trial in the Circuit Court of Saline County, David Healey ("Healey") was convicted of domestic assault in the second degree and sentenced as a prior and persistent offender to a fifteen-year prison term. Healey appeals, alleging that the trial court imposed a harsher sentence as punishment for exercising his right to stand trial. Finding no error, the judgment of the trial court is affirmed. Because a published opinion would have no precedential value, we have instead provided a separate memorandum of law to the parties explaining our ruling. Rule 30.25(b).